# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PST Innovations, LLC | ) |
| | ) Case No. 21-cv-1239 |
| v. | ) |
| | ) Judge: Hon. Sharon Johnson Coleman |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) Magistrate: Hon. Maria Valdez |
| Hon. IDENTIFIED ON SCHEDULE A | ) |
| | ) |

## PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Plaintiff PST Innovations, LLC seeks entry of Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order entered on March 15, 2021 and extended on March 29, 2021. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 7th Day of April, 2021.   Respectfully submitted,

By:   s/David Gulbransen/
     David Gulbransen
     Attorney of Record

     David Gulbransen (#6296646)
     Law Office of David Gulbransen
     805 Lake Street, Suite 172
     Oak Park, IL 60302
     (312) 361-0825 p.
     (312) 873-4377 f.
     david@gulbransenlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the April 7, 2021, the PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION was filed with the CM/ECF system. The Defendant's will also be provided notice on April 7, 2021, via e-mail to the e-mail addresses of the Does in the Certificate of Services filed with the Court.

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com