**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PST Innovations, LLC | ) | |
| | ) | Case No. 21-cv-1239 |
| v. | ) | |
| | ) | Judge: Hon. Sharon Johnson Coleman |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Maria Valdez |
| Hon. IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed PLAINTIFF'S

MOTION FOR PRELIMINARY INJUNCTION.

Pursuant to Tenth Amended General Order 20-0012, Plaintiff has not noticed the

Motions for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

Dated this 7th Day of April, 2021.                Respectfully submitted,


By:    s/David Gulbransen/
     David Gulbransen
     Attorney of Record

     David Gulbransen (#6296646)
     Law Office of David Gulbransen
     805 Lake Street, Suite 172
     Oak Park, IL 60302
     (312) 361-0825 p.
     (312) 873-4377 f.
     david@gulbransenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the April 7, 2021, the PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION was filed with the CM/ECF system. The Defendant's will also be provided notice April 7, 2021, via e-mail to the defendants identified in the Certificate of Service filed with the Court.

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com